# United States Bankruptcy Court
## District of Kansas

In re **Jeremy Wallace Lord** Debtor(s)

Case No. **25-40397**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Amended Schedules A/B & C, consisting of **9** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 31, 2025**

Signature **/s/ Jeremy Wallace Lord**
**Jeremy Wallace Lord**
Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.