SO ORDERED.

SIGNED this 14th day of August, 2025.



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEREMY WALLACE LORD | )   CASE # 25-40397-7 |
| | ) |
| Debtor. | ) |

STIPULATION AND AGREED ORDER FOR TURNOVER OF GARNISHED FUNDS

Now on this 14th day of August, 2025 the parties' Stipulations and Agreement come before the Court. Darcy D. Williamson appears as Trustee. Patricia Hamilton appears as attorney for Reed Company, LLC and Heritage Bank. Ryan Blay appears on behalf of Jeremy Wallace Lord ("Debtor"). There are no other appearances. The parties stipulate as follows:

1. On the 20th date of June, 2025, Jeremy Wallace Lord filed this chapter 7 Bankruptcy Petition and Case ("Petition Date"). Darcy D. Williamson is the duly qualified and acting Interim Trustee for this case and cause.

2. On August 4, 2024, Reed Company, LLC (hereinafter "REED") obtained a Journal Entry of Judgment against this Debtor in the District Court of Shawnee County, Kansas, Case

In the United States Bankruptcy Court for the District of Kansas
In Re: Jeremy Wallace Lord
Case No. 25-40397-7
Stipulation and Agreed Order for Turnover of Garnished Funds
Page 2

No. SN-2023-LM-009521 and styled Reed Company, LLC vs. All Seasons Tree and Landscape, All Seasons Lawn, Tree and Landscape, LLC and Jeremy Lord, d/b/a All Seasons.

    3. On or about June 13, 2025, REED garnished the sum of $58,000.00 from the Debtor's accounts at Heritage Bank, ("Heritage") in Topeka, Kansas. The funds are frozen and remain with Heritage.

    4. The garnishment was done within 90 days of bankruptcy and constitutes a preference under 11 U.S.C. 547. The funds constitute property of the estate per 11 U.S.C. 541.

    The parties agree and stipulate that Heritage shall remit to Darcy D. Williamson, Trustee, the sum of $58,000.00.

    5. Heritage is authorized and directed within 10 days of this Agreed Order to remit the sum of $58,000.00 unto Darcy D. Williamson, Trustee, at 1109 SW Westside Drive, Topeka, KS 66615.

    **IT IS SO CONSIDERED, ORDERED, ADJUDGED, AND DECREED.**

# # #

Submitted and Approved:


/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net

**In the United States Bankruptcy Court for the District of Kansas**
**In Re: Jeremy Wallace Lord**
**Case No. 25-40397-7**
**Stipulation and Agreed Order for Turnover of Garnished Funds**
**Page 3**

s/ Patricia E. Hamilton_____
PATRICIA E. HAMILTON
Stevens & Brand, LLP
Attorney # 13263
4848 SW 21st St. Ste 201
Topeka KS 66604
(785) 843-0811
phamilton@stevensbrand.com


s/ Ryan A. Blay_____
RYAN A. BLAY
WM Law
Attorney # 28110
15095 W. 110th St
Olathe KS 66062
(913) 422-0909
blay@wagonergroup.com