IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: )<br>)<br>JEREMY WALLACE LORD )<br>) CASE # 25-40397-7<br>Debtor. ) | |

**TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY**

COMES now the trustee, Darcy D. Williamson, and moves the Court for an Order requiring the debtor to turn over funds, information, documents and/or property. In support of her motion, the trustee alleges and states as follows:

1. Darcy D. Williamson is the duly qualified and acting trustee in this case and cause.

2. The debtor filed a Chapter 7 bankruptcy on June 20, 2025 ("Petition Date"). A 341 hearing was held thereafter and has been continued for the production and turnover of property, documents and information and due to the health reasons of the debtor..

3. On the Petition Date, the debtor was in possession and/or control of the following information, documents and property described below and the trustee requests production of the turnover of the same.

4. Provide the registrations and evidence of insurance on all vehicles owned by the debtor or his business. That would include the 2014 Ford F-150 and the 2024 Puma Cougar.

5. Provide pictures of the firearms and the gun safe. Pictures should include a description of the gun, a whole picture of the gun and its serial number.

6. I have three years of account statements for accounts ending in 2246, 3191 and 9962. Should the debtor have any other accounts, provide copies of two (2) years of account statements.

7. Provide all documents related to the purchase of land at 11965 SW 77th St., Auburn, Kansas and the construction of a home thereon.

    a) In particular, provide documents showing the payment and/or transfer of over $230,000 to Mrs. Lord, and/or the Heritage Bank and/or the seller for the land purchase for the home. Identify the source of the funds (deposit) for which payment was made.

    b). Provide a copy of the deed to the realty, the purchase documents for the purchase of the land and the contractual documents for the purchase of the land and contract and purchase documents for the construction of the home.

    c). For all other payments made on the purchase of the land & home, or its construction, and payments on its mortgage, identify and provide documents which show the payments, the date and amount, who made the payments, and the source of the payments.

    d). From the date of filing, itemize all other payments, gifts or transfer of funds and property to Erin Lord within the last four (4) years. Provide evidence of her contributions to the purchase of the land, construction of the home or payment on the homestead.

8. Provide complete copies of the debtor's personal and business tax returns for 2023, 2024 and 2025.

9. Provide all account documents with Reed.

10. As for the "LLC" or business entity as a d/b/a, provide any operating agreement, balance sheets and profit and loss statements for 2023, 2024 and 2025.

11. Provide copies of the Petition and Answers filed in the lawsuits listed in the Statement of Financial Affairs (SOFA).

12. For Midstates Materials and White Star Machinery and any other vendor that was paid more than $7,000.00 in 90 days before bankruptcy, provide an itemized list of payments made within the 90 days of filing bankruptcy. The itemization should show who was paid, the amount and the date. Provide the corresponding invoice or bill.

13. Mr. Lord testified that he purchased materials from Menards for a lady customer named Carolyn Prochazka. She paid Mr. Lord $50,000.00 on or about 5/6/25. Mr. Lord indicated he thought the materials were delivered to the customer. Provide the bid sheet and the invoice showing ordering, delivery and payment to Menards. Proved information as to who at Menards Mr. Lord dealt with or who can show delivery or no delivery of the materials.

14. The Statement of Financial Affairs (SOFA) references Dixie Riley and $50,000. Please explain and provide all documents related to any transactions with Ms. Riley, including loans she made to the debtor and any and all checks, invoices, deposits and payments etc. Provide copies of any written agreements made with Ms. Riley.

15. With respect to account ending in xx9962 turnover the sum of $13,146.03 that was in the account on the date of filing.

16. With respect to account ending in xx2246 turnover of the sum of $22,514.99 in the account on the date of filing.

17. For the last three (3) years and related to, accounts ending in xx9962 and xx2246, account for the use of each withdrawal over $4,000.00. For example, on 3/14/25 in account xx9962 someone withdrew $50,000.00.00 from the account and on 4/11/25 someone withdrew $9,000.00 from account xx2246. The account should provide an explanation of why the funds were withdrawn, who was paid said funds and the date. Any invoice or receipt or documents evidencing the same should also be provided.

18. After the bankruptcy was filed on 6/20/25 and to the present, the debtor continued to operate the business and make deposits from receivables and work in progress and paid bills. Turn over any funds deposited post-petition, and account for all receipts and disbursements made.

19. Provide copies of all payroll tax reports for the last three (3) years.

20. Provide copies of all records related to the transfer of property or funds to debtor's wife or her accounts in the last three (3) years.

These documents, funds and information constitute property of the bankruptcy estate pursuant to 11 U.S.C. § 541. The debtor is required to surrender and turn over estate property unto the trustee pursuant to 11 U.S.C. § 542 and 11 U.S.C. § 521(a)(3) and (a)(4).

21. The trustee requested the debtor turn over the above described property in letters and/or emails and the debtor failed to comply.

WHEREFORE, the Trustee prays the Court for an Order requiring the debtor to turn over the above requested documents, information, funds and property within 15 days and the trustee prays for all other proper relief.

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY** was filed electronically on October 14, 2025, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

    Jeremy Wallace Lord
    11965 SW 77th St.
    Auburn, KS 66402

    /s/ Darcy D. Williamson
    DARCY D. WILLIAMSON
    Williamson Law Office
    Attorney # 11337
    1109 SW Westside Drive
    Topeka, KS 66615
    (785) 233-9908
    trustee@williamson-law.net