IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEREMY WALLACE LORD | ) CASE # 25-40397-7 |
| | ) |
| Debtor(s). | ) |

**NOTICE OF OBJECTION DEADLINE ON TRUSTEE'S MOTION
FOR TURNOVER OF FUNDS AND/OR PROPERTY**

**YOU ARE HEREBY NOTIFIED THAT** if no objection to the attached motion/application is filed in writing with the Clerk of the U.S. Bankruptcy Court by:

**November 7, 2025**

said motion will be granted by entry of an order to be prepared and submitted by the Trustee or counsel for the movant/applicant.

If a written response is timely filed with the Clerk of the Bankruptcy Court at Frank Carlson Federal Building, Room 220, 444 SE Quincy, Topeka, Kansas, 66683, a hearing will be scheduled on:

**November 19, 2025 at 11:15 a.m.
at**

**FRANK CARLSON FEDERAL BUILDING, ROOM 220, 444 SE QUINCY, TOPEKA, KS**

A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net

1

## CERTIFICATE OF MAILING

      The undersigned does hereby certify that a true and correct copy of the foregoing, **NOTICE OF OBJECTION DEADLINE ON TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY**, was filed electronically on October 14, 2025, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

      Jeremy Wallace Lord, 11965 SW 77th St., Auburn, KS 66402

      /s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net

2

Case 25-40397   Doc# 55   Filed 10/14/25   Page 2 of 2