# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 25-40397-7 DLS
**Case Name:** JEREMY WALLACE LORD

**Trustee Name:** (360070) Darcy D. Williamson
**Date Filed (f) or Converted (c):** 06/20/2025 (f)
**§ 341(a) Meeting Date:** 07/15/2025

**For Period Ending:** 09/30/2025

**Claims Bar Date:** 12/31/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 11965 SW 77th St., Auburn, KS 66402-0000, Shawnee County (See Footnote) | 860,000.00 | Unknown | | 0.00 | Unknown |
| 2 | 2014 Ford F-150 FTX Super Crew Tuscany, 112,000 miles | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2024 Puma Cougar 32" | 40,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used household furnishings | 6,000.00 | 0.00 | | 0.00 | FA |
| 5 | TV, children's TVs, cell phone | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 9 mm, .357, in gun safe. inherited from father | 500.00 | Unknown | | 0.00 | Unknown |
| 7 | Used clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 9 | German shepherd, lab | 0.00 | 0.00 | | 0.00 | FA |
| 10* | Heritage Bank checking xx9962, joint with non-filing spouse (See Footnote) | 400.00 | 13,146.03 | | 0.00 | 13,146.03 |
| 11 | All Seasons Lawn, Tree and Landscape, a Kansas LLC. Business leases its main equipment and has bank accounts at Heritage Bank (Payroll account ending in 3191, Small Business Checking ending in 2246) However, due to pending litigation, debtor believes business has no value to it., 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Recovery of preference - $58,000 garnished funds from Heritage Bank account in June 2025 pre-petition | 58,000.00 | 58,268.53 | | 58,268.53 | FA |
| 13* | Heritage Business Account (u) (See Footnote) | 0.00 | 22,514.99 | | 0.00 | 22,514.99 |
| 14* | Potential Avoidance Actions (u)<br>Midstates Materials and White Star (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 15* | Avoidance Action as to Dixie Riley (on SOFA) (See Footnote) | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 16* | Transactions involving Carolyn Prochazka (u) (See Footnote) | Unknown | 50,000.00 | | 0.00 | 50,000.00 |
| 17* | Accounts Receivable due on date of filing & Post-Petition (u) (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 18* | Cash Withdrawals (u) (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 19 | Transfers to Debtor's Wife (cash & property) (u) | Unknown | Unknown | | 0.00 | Unknown |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 25-40397-7 DLS

**Case Name:** JEREMY WALLACE LORD

**For Period Ending:** 09/30/2025

**Trustee Name:** (360070) Darcy D. Williamson

**Date Filed (f) or Converted (c):** 06/20/2025 (f)

**§ 341(a) Meeting Date:** 07/15/2025

**Claims Bar Date:** 12/31/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Assets    Totals    (Excluding unknown values) | $1,047,400.00 | $193,929.55 | | $58,268.53 | $135,661.02 |

RE PROP# 1      Debtor originally listed and valued his marital interest as $860,000. The debtor transferred over $230,000 to his wife to purchase land and construct a home. The Title on the real estate was placed in his wife's name.

RE PROP# 10      Personal account at Heritage Bank. Balance on date of filing.

RE PROP# 13      Business Account #-2246 at Heritage Bank. Balance on date of filing was $22,514.99.

RE PROP# 14      White Star Records have been subpoenaed and the records of Midstates Material will also.

RE PROP# 15      The Trustee understands Ms. Riley loaned debtor money (related to debtor's homestead) and she was repaid shortly before bankruptcy. To investigate and pursue if appropriate.

RE PROP# 16      Carolyn Prochazka paid debtor $50,000 on 5/6/25 for materials and construction. The materials were to be purchased from Menards (and maybe they were), however no materials were ever delivered to Ms. Prochazka.

RE PROP# 17      Work in progress existed on the date of filing and neither the debtor or schedules account for the same. Substantial funds received post-petition.

RE PROP# 18      The debtor has withdrawn large amounts of cash from his business. The Trustee has requested an accounting.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 25-40397-7 DLS  
**Case Name:** JEREMY WALLACE LORD  

**Trustee Name:** (360070) Darcy D. Williamson  
**Date Filed (f) or Converted (c):** 06/20/2025 (f)  
**§ 341(a) Meeting Date:** 07/15/2025  

**For Period Ending:** 09/30/2025  
**Claims Bar Date:** 12/31/2025  

**Major Activities Affecting Case Closing:**

| Date | Activity |
|---|---|
| 09/19/2025 | Requested bar date |
| 08/27/2025 | Mailed Subpoena and Exhibit A to Heritage Bank and Berry Companies |
| 08/22/2025 | Corrected Notice of Intent, subpoenas and exhibits A for Heritage Bank and Bery Companies. |
| 08/19/2025 | Received checks from Heritage (delivered to office) for check 022282 $47,985.63; 022283 $8,211.78; 022284 $2,071.12. |
| 08/18/2025 | Email to Ryan for documents and information |
| 08/14/2025 | Uploaded Agreed order for turnover of $58,000. |
| 08/14/2025 | Received approval from Counsel on Agreed Order for Turnover. |
| 08/01/2025 | Received Amended Schedule C. |
| 07/29/2025 | Rec'd SS Card |
| 07/17/2025 | Issued Subpoena to Heritage and filed issued Subpoena with Court. |
| 07/17/2025 | Employed DDW Atty |
| 07/17/2025 | Sent continuance letters |
| 07/14/2025 | Mailed and filed with Court notice of Intent to Issue Subpoena. |
| 07/10/2025 | ddw Email to Patricia Hamilton to turnover the $58,000 in garnished funds. |

The trustee has called a number of 341 hearings and requested documents related to the case. No documents have been produced and the 341 hearing has been continued to December in that debtor has indicated he has injuries related to an accident.

Trustee has recovered for the estate garnished funds and employed herself as counsel. The trustee has issued subpoenas for records to various entities and additional subpoenas will be issued. The trustee has received and is reviewing 3 years of records from Heritiage bank for debtors payroll, business and personal accounts.

The trustee will file a motion for turnover of additional documents, information and property. Those records are necessary to investigate the assets, transfers and transactions set forth in this report.

**Initial Projected Date Of Final Report (TFR):** 08/30/2026  
**Current Projected Date Of Final Report (TFR):** 08/30/2026

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| **Case No.:** 25-40397-7 DLS | **Trustee Name:** | Darcy D. Williamson (360070) |
| **Case Name:** JEREMY WALLACE LORD | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***6877 | **Account #:** | ******4228 Checking |
| **For Period Ending:** 09/30/2025 | **Blanket Bond (per case limit):** | $4,383,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/25 | {12} | Heritage Bank | Preference/garnished funds | 1141-000 | 47,985.63 | | 47,985.63 |
| 08/21/25 | {12} | Heritage Bank | Preference funds | 1141-000 | 2,071.12 | | 50,056.75 |
| 08/21/25 | {12} | Heritage Bank | Preference funds | 1141-000 | 8,211.78 | | 58,268.53 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.90 | 58,243.63 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 99.57 | 58,144.06 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 58,268.53 | 124.47 | $58,144.06 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 58,268.53 | 124.47 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $58,268.53 | $124.47 | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 25-40397-7 DLS |
| **Case Name:** | JEREMY WALLACE LORD |
| **Taxpayer ID #:** | **-***6877 |
| **For Period Ending:** | 09/30/2025 |

| | |
|---|---|
| **Trustee Name:** | Darcy D. Williamson (360070) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******4228 Checking |
| **Blanket Bond (per case limit):** | $4,383,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $58,268.53 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $58,268.53 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4228 Checking | $58,268.53 | $124.47 | $58,144.06 |
| | $58,268.53 | $124.47 | $58,144.06 |