IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: JEREMY LORD )
) Case No. 25-40397
Debtor )

## RESPONSE TO TRUSTEE'S MOTION FOR TURNOVER

COMES NOW Debtor, Jeremy Lord, states that by and through counsel of record and for this Response to the Trustee's Motion to Compel, Debtor has an MRI on Monday, November 10, 2025. Additionally, he is coordinating with his CPA regarding his taxes and business information. He will be providing some of the requested documents provided on Monday, November 10, 2025

WHEREFORE, Debtor prays the Court to deny Trustee's Motion for Turnover as moot and for such other relief as the Court deems just and proper.

Dated: November 7, 2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS#28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, the foregoing was delivered via e-mail to the party listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

s/ Ryan A. Blay

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475


All Seasons Lawn Tree &
Landscape LLC c/o All Seasons
Long Tree & Landscape LLC
11965 SW 77th St.
Auburn KS 66402


Erin Lord
11965 SW 77th St.
Auburn KS 66402


Heritage Bank
3024 Sw Wanamaker Rd
Topeka KS 66614


Internal Revenue Service
PO Box 7346
Centralized Insolvency Operati
Philadelphia PA 19101-7317


Judson Edwin Popkess
Carolyn Popkess
7504 SW Urish
Auburn KS 66402


Kansas Department of Revenue
PO Box 12005
Topeka KS 66601-2005


Kevin J. Grauberger
Riordan, Fincher & Mayo PA
3735 SW Wannamaker Rd
Ste. A
Topeka KS 66610

Reed Company, LLC
c/o attorney Whitney L Casemen
Stevens & Brand LLP
4848 SW 21st St, Ste. 201
Topeka KS 66604


Shawnee County Solid Waste
c/o attorney Kendall McVay
3615 SW 29th St.
Topeka KS 66614


Sunflower Rents Inc.
c/o Zimmerman & Zimmerman PA
909 SE Quincy St.
Topeka KS 66612


Todd & Mary Ulsaker
8050 SW Huntoon
Topeka KS 66614