**United States Bankruptcy Court − District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 25−40397 Chapter: 7

In re: (Name of Debtor)

Jeremy Wallace Lord
11965 SW 77th St.
Auburn, KS 66402

SSN: xxx−xx−6760

**Entered By The Court**
**8/4/26**

**NOTICE OF ORDER DENYING DISCHARGE OF DEBTOR ONLY**

**Filed By The Court**
**8/4/26**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

---

Pursuant to Fed. R. Bankr.P.4006, you are hereby notified that an Order Denying Discharge was filed for Debtor Jeremy Wallace Lord only on July 2, 2026 as document number 9 in an adversary proceeding captioned Lashinsky v Lord, 26−7007. A copy of that order may be obtained from the public records of the Bankruptcy Court.

Document 135

s/ David D. Zimmerman
Clerk of Court
US Bankruptcy Court