**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 25–40397 Chapter: 7

In re: (Name of Debtor)

Jeremy Wallace Lord
11965 SW 77th St.
Auburn, KS 66402

SSN: xxx–xx–6760

**Entered By The Court**
**8/4/26**

**NOTICE OF ORDER DENYING DISCHARGE OF DEBTOR ONLY**

**Filed By The Court**
**8/4/26**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

---

Pursuant to Fed. R. Bankr.P.4006, you are hereby notified that an Order Denying Discharge was filed for Debtor Jeremy Wallace Lord only on July 2, 2026 as document number 9 in an adversary proceeding captioned Lashinsky v Lord, 26–7007. A copy of that order may be obtained from the public records of the Bankruptcy Court.

Document 135

s/ David D. Zimmerman
Clerk of Court
US Bankruptcy Court

United States Bankruptcy Court
District of Kansas

In re: Case No. 25-40397-DLS
Jeremy Wallace Lord Chapter 7
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 04, 2026 | Form ID: orddny1 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Wallace Lord, 11965 SW 77th St., Auburn, KS 66402-9756 |
| intp | + | Cedar Crest Lodge, 25939 E 1000 Rd, Pleasanton, KS 66075-4032 |
| intp | + | Laura Cunningham, 25939 E 1000 Rd, Pleasanton, KS 66075-4032 |
| intp | + | Matthew Paul Cunningham, 25939 E 1000 Rd, Pleasanton, KS 66075-4032 |
| 10143974 | + | All Seasons Lawn Tree &, Landscape LLC c/o All Seasons, Long Tree & Landscape LLC, 11965 SW 77th St., Auburn KS 66402-9756 |
| 10143975 | + | Erin Lord, 11965 SW 77th St., Auburn KS 66402-9756 |
| 10223810 | + | Heritage Bank, Patricia E Hamilton, 4848 SW 21st Street Suite 201, Topeka KS 66604-4415 |
| 10143978 | | Judson Edwin Popkess, Carolyn Popkess, 7504 SW Urish, Auburn KS 66402 |
| 10224608 | + | Judson Edwin Popkess and Carolyn Popkess, Riodan, Fincher & Mayo, P.A., 3735 SW Wanamaker Rd Ste. A, Topeka KS 66610-1396 |
| 10224354 | | Judson Popkess & Carolyn Popkess, 7504 SW Urish, Auburn, KS 66402 |
| 10143980 | + | Kevin J. Grauberger, Riordan, Fincher & Mayo PA, 3735 SW Wannamaker Rd, Ste. A, Topeka KS 66610-1396 |
| 10300658 | + | Mathew Cunningham and Laura Cunningham, c/o Justice B. King, 3550 S.W. 5th St., Topeka KS 66606-1910 |
| 10258731 | + | Paul Shipp, 120 SW 10th Avenue, 2nd Floor, Topeka, KS 66612-1237 |
| 10143981 | + | Reed Company, LLC, c/o attorney Whitney L Casemen, Stevens & Brand LLP, 4848 SW 21st St, Ste. 201, Topeka KS 66604-4415 |
| 10143982 | + | Shawnee County Solid Waste, c/o attorney Kendall McVay, 3615 SW 29th St., Topeka KS 66614-2077 |
| 10258732 | + | State of Kansas ex rel Attorney General, 120 SW 10th Avenue, 2nd Floor, Topeka, KS 66612-1237 |
| 10143984 | #+ | Todd & Mary Ulsaker, 8050 SW Huntoon, Topeka KS 66615-1417 |
| 10224607 | + | Todd Ulsaker & Mary Ulsaker, Riordan, Fincher & Mayo, P.A., 3735 SW Wanamaker Rd, Ste. A, Topeka KS 66610-1396 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: brandon@reedsales.com | Aug 04 2026 21:38:00 | Reed Company, LLC, 4455 N. Hwy 99, PO Box 198, Wamego, KS 66547 |
| 10143976 | | Email/Text: heritage@heritagemail.com | Aug 04 2026 21:38:00 | Heritage Bank, 3024 Sw Wanamaker Rd, Topeka KS 66614 |
| 10143977 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2026 21:38:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Operati, Philadelphia PA 19101-7346 |
| 10202073 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2026 21:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 10143979 | | Email/Text: kdor_ksbankruptcy@ks.gov | Aug 04 2026 21:39:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66601-2005 |
| 10143971 | | Email/Text: kdor_ksbankruptcy@ks.gov | Aug 04 2026 21:39:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 10143973 | | Email/Text: ecfnotices@dor.mo.gov | Aug 04 2026 21:38:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 10143983 | + | Email/Text: larry@z2law.com | Aug 04 2026 21:38:00 | Sunflower Rents Inc., c/o Zimmerman & |

Zimmerman PA, 909 SE Quincy St., Topeka KS 66612-1115

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | HERITAGE BANK, ATTN KATIE SCOTT, 3024 SW WANAMAKER RD, TOPEKA KS 66614-3350, address filed with court:, Heritage Bank, 3024 SW Wanamaker Rd, Topeka, KS 66614 |
| 10143972 | * | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Sloan | on behalf of Interested Party Matthew Paul Cunningham dsloan@fpsslaw.com |
| Daniel Sloan | on behalf of Interested Party Cedar Crest Lodge dsloan@fpsslaw.com |
| Daniel Sloan | on behalf of Interested Party Laura Cunningham dsloan@fpsslaw.com |
| Darcy D Williamson TR | on behalf of Trustee Darcy D Williamson TR Trustee@williamson-law.net ks07@ecfcbis.com |
| Darcy D Williamson TR | Trustee@williamson-law.net ks07@ecfcbis.com |
| Darcy D. Williamson | on behalf of Trustee Darcy D Williamson TR Attorney@williamson-law.net KS07_DA@ecfcbis.com |
| John Nemecek | on behalf of Plaintiff Ilene J. Lashinsky john.nemecek@usdoj.gov |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Justice B. King | on behalf of Interested Party Cedar Crest Lodge jking@fpsslaw.com wwilliams@fpsslaw.com;jhirt@fpsslaw.com |
| Justice B. King | on behalf of Interested Party Matthew Paul Cunningham jking@fpsslaw.com wwilliams@fpsslaw.com;jhirt@fpsslaw.com |
| Justice B. King | on behalf of Interested Party Laura Cunningham jking@fpsslaw.com wwilliams@fpsslaw.com;jhirt@fpsslaw.com |
| Megan Arielle Jacobs | |

| | |
|---|---|
| | on behalf of Creditor Reed Company LLC ajacobs@stevensbrand.com |
| Megan Arielle Jacobs | on behalf of Creditor Heritage Bank ajacobs@stevensbrand.com |
| Patricia E. Hamilton | on behalf of Creditor Reed Company LLC phamilton@stevensbrand.com, csmalley@stevensbrand.com;mcarroll@stevensbrand.com;jchappell@stevensbrand.com;aboyd@stevensbrand.com;jalberg@stevensbrand.com |
| Patricia E. Hamilton | on behalf of Creditor Heritage Bank phamilton@stevensbrand.com csmalley@stevensbrand.com;mcarroll@stevensbrand.com;jchappell@stevensbrand.com;aboyd@stevensbrand.com;jalberg@stevensbrand.com |
| Ryan A Blay | on behalf of Debtor Jeremy Wallace Lord blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 17